**SYNERGY STAFFING, INC., fka Personnel Connection, Inc., Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

**No. 03–57006.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 6, 2005.

Decided June 10, 2005.

Andrew M. Rosenfeld, Esq., Andrew M. Rosenfeld Law Offices, Torrance, CA, for Plaintiff-Appellant.

Darwin Thomas, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Defendant-Appellee.

* The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

Before: TROTT, W. FLETCHER, Circuit Judges, and RESTANI,* Judge.

MEMORANDUM **

Synergy Staffing appeals from the district court's grant of summary judgment to the United States on Synergy's claim for a refund of tax penalties. Synergy claims that the Internal Revenue Service improperly failed to heed designations on checks it deposited. The district court rejected this claim because it found that, prior to the enactment of 26 U.S.C. § 6656(e), employers did not have the power to designate employee payroll tax deposits to periods within a tax quarter. *See* Treas. Reg. § 31.6302–1(i)(2). We agree. The district court's decision is AFFIRMED.

AFFIRMED.

* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** The Honorable Donald P. Lay, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.